IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-cr-00252 (S-3) (PKC) |
| v. ) | |
| ) | |
| CARLOS MARTINEZ, et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF RAMON A. ABADIN
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Ramon A. Abadin, being duly sworn, hereby deposes and declares as follows:

1. I am a partner with the law firm of Ramon A. Abadin PA.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the Florida Bar, and am in the process of obtaining a Certificate of Good Standing from that jurisdiction.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* on behalf of Carlos Martinez in the above-captioned matter.

Respectfully submitted,

Ramon A. Abadin
2333 Ponce de Leon Blvd, Suite 314
Coral Gables, FL 33134
305-321-4496
Rabadin@abadinlaw.com

*Counsel for Carlos Martinez*

State of Florida )
                   ) ss:
County of Miami-Dade )

SWORN AND SUBSCRIBED before me this 9 day of April, 2020, by RAMON A. ABADIN, who is personally known to me and who acknowledged before me that he executed the same.

NOTARY PUBLIC, STATE OF FLORIDA

Vanessa M. Collazo
PRINTED NAME OF NOTARY



Vanessa Marie Collazo
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF963522
Expires 4/13/2020

2