<u>**United States v. Full Play Group, SA, et al.**, 15-CR-252 (S-3) (PKC)</u>
**Parties' Joint Proposed Briefing and Trial Schedule**

I. <u>Defense Motions Pursuant to Rules 12(b)(3)(A), (B), and (D)</u>

- Defense motions due July 23, 2021
- Government Response due August 20, 2021
- Defense Reply due Sept. 3, 2021

II. <u>Defense Rule 12(b)(3)(C) Motions; Government Motion to Admit Enterprise and Other Act Evidence; Jury Selection Motions (if any)</u>

- Motions due October 22, 2021
- Responses due November 19, 2021
- Replies due December 3, 2021
- Status Conference/Argument December 10, 2021

III. <u>Motions in Limine (All Parties)</u>

- Motions due January 21, 2022
- Responses due February 18, 2022
- Replies due March 4, 2022
- Argument March 11, 2022

IV. <u>Jury Selection/Trial</u>

- Pre-Trial conference April 4, 2022
- Jury Selection Begins April 11, 2022