

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SPN/PTH/KTF/VAZ<br>F. #2015R00747 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 11, 2022

By E-mail

Steven McCool
McCool Law PLLC
1776 K Street, NW, Suite 200
Washington, DC 20006
smccool@mccoollawpllc.com

John Gleeson
David Sarratt
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
jgleeson@debevoise.com

Carlos Francisco Ortiz
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111
cortiz@bakerlaw.com

Mayling Blanco
Norton Rose Fulbright
1301 Avenue of the Americas
New York, NY 10019
mayling.blanco@nortonrosefulbright.com

    Re:  United States v. Full Play Group SA, et al.
        Criminal Docket No. 15-252 (S-3) (PKC)

Dear Counsel:

    The government writes to inform you of an upcoming production of materials consisting of emails and electronic documents from two hard drives from, respectively, the work computers of Alejandro Burzaco and his former assistant at Torneos.

    The hard drives were among materials Mr. Burzaco's sister retrieved from Mr. Burzaco's office when she went to Torneos, at his direction, to collect and preserve his belongings following the unsealing of the government's indictment in May 2015.  It is the government's understanding that emails accessed through the work computers would have been backed up on the Torneos servers, the relevant contents of which have already been produced.  In light of defense counsel's focus in this case on devices held by Mr. Burzaco, however, the government, in an abundance of caution, requested that counsel for Mr. Burzaco arrange to have the drives transported to the United States.  Other materials collected by Mr. Burzaco's sister, including credit card statements and calendars, were obtained previously and have been produced to you.

  Once the government is in receipt of non-privileged materials from the drives – a privilege review is under way – we will promptly produce any relevant materials pursuant to Rule 16, <u>Brady</u>, and/or <u>Giglio</u>, as applicable.

               Very truly yours,

               BREON S. PEACE
               United States Attorney

       By: /s/_____
               Samuel P. Nitze
               Patrick T. Hein
               Kaitlin T. Farrell
               Victor A. Zapana
               Assistant U.S. Attorneys
               (718) 254-7000

cc: Clerk of Court